## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Iris Royal<br><br>　　　　Plaintiff,<br><br>v.<br><br>National Enterprise Systems, Inc.<br><br>　　　　Defendant. | Case No. 1:14-cv-02248-SO<br><br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

　　　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　Hyslip & Taylor, LLC, LPA

　　　　　　　　　　　　　　　　　　By:＿＿/s/ Jeffrey S. Hyslip＿＿
　　　　　　　　　　　　　　　　　　　　Jeffrey S. Hyslip
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　1100 W. Cermak Rd., Suite B410
　　　　　　　　　　　　　　　　　　　　Chicago, IL  60608
　　　　　　　　　　　　　　　　　　　　312-380-6110
　　　　　　　　　　　　　　　　　　　　Jeffrey@lifetimedebtsolutions.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Jeffrey C. Turner
Surdyk, Dowd, & Turner, Co., LPA
1 Prestige Place, Suite 700
Miamisburg, OH 45342

Counsel for:
National Enterprise Systems, Inc.

/s/ Jeffrey Hyslip